UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR LEE EVERETT, JR., )<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>KATRINA REDMON, *individually and in* )<br>*her official capacity as the Chief Executive* )<br>*Officer of the Housing Authority of the City* )<br>*of Wilmington, North Carolina,* and MATT )<br>SCAPARRO, *individually and in his* )<br>*official capacity as the Director of Property* )<br>*Management for the Housing Authority of* )<br>*the City of Wilmington, North Carolina* )<br>Defendants. ) | **JUDGMENT**<br><br>No. 7:18-CV-91-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motion to dismiss plaintiff's complaint for failure to state a claim.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 17, 2019, and for the reasons set forth more specifically therein, that defendant's motion to dismiss is GRANTED.

**This Judgment Filed and Entered on April 17, 2019, and Copies To:**
Ira Braswell, IV (via CM/ECF Notice of Electronic Filing)
Danielle Barbour Wilson / Jesse Huntsman Rigsby, IV (via CM/ECF Notice of Electronic Filing)


April 17, 2019                           PETER A. MOORE, JR., CLERK

                                           /s/ Sandra K. Collins
                                         (By) Sandra K. Collins, Deputy Clerk